# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:24-cr-00169-2 |
| Jeffrey Scott Wells | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/01/2024

_____
*Defendant's signature* [Defendant's Attorney]

_____
*Signature of defendant's attorney* [Defendant]

DAVID FLETCHER
*Printed name of defendant's attorney*

_____
*Judge's signature*

Barbara D. Holmes U.S. Magistrate Judge
*Judge's printed name and title*