UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:24-cr-00169 |
| ) | JUDGE RICHARDSON |
| [1] WESLEY OLAN LANDERS ) | |
| [2] JEFFREY SCOTT WELLS ) | |

## **ORDER**

Because both Defendants have now been dismissed, the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE